IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES HALL, | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| VS. | : NO. 1:05-CV-65 (WLS) |
| WILLIE LOCKETTE, KENNETH HODGES, PHIL CANNON, GERALD WILLIAMS, and RAMON FAJARDO, | : |
| Defendants. | : |

**O R D E R**

Presently pending are two motions filed by the plaintiff which will be addressed herein.

*"F.R.C.P. Rule 15 Amend" (document # 4)*

The court assumes this "motion" to be plaintiff's pre-answer motion to amend once as a matter of course as provided in Federal Rule of Civil Procedure 15(a). However plaintiff has failed to attach the proposed amendment to the complaint as required by the rule. He alleges in his motion only that the conduct of the defendants violated his clearly established constitutional rights. He does not however allege what conduct he complains of or which of his constitutional rights were allegedly violated. Accordingly this motion is hereby **DENIED.**

*Motion for Extension of Time (document # 11)*

On August 11, 2005, the undersigned recommended that plaintiff's complaint be dismissed in its entirety for the reasons stated therein (document # 9). The recommendation also advised plaintiff of his statutory right to file objections thereto within ten days of his receipt of the recommendation. On August 19, 2005, plaintiff filed the instant motion in which he sought a

sixty day extension of time in which to file his objections due to the perceived perplexity of his claims. More than sixty days since the filing of said motion have elapsed and plaintiff has filed no objections. Inasmuch as this plaintiff is proceeding *pro se* the court will conditionally **GRANT** this motion and allow the plaintiff until Monday, November 29, 2005, in which to file any objections to the recommendation. No additional extensions of time will be granted.

SO ORDERED, this 8th day of November 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE