**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| JAMES HALL, | : | |
| Plaintiff, | : | |
| v. | : | 1:05-CV-65 (WLS) |
| WILLIE LOCKETTE, ET. AL., | : | |
| Defendant. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 9), filed August 11, 2005. It is recommended that Plaintiff's complaint be dismissed because certain Defendants are immune from suit, others are not state actors and because the statute of limitations has run. Petitioner has not filed a timely objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint (Tab 1) is **DISMISSED**.

SO ORDERED, this  20th  day of January, 2006.

                                                /s/W. Louis Sands
                                               **W. Louis Sands, Chief Judge**
                                               **United States District Court**